UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L.A., *individually and on behalf of R.H.*,           :
                                   Plaintiff,  :
                                              :
                    -against-                 :         20 Civ.  3416 (LGS)
                                              :
                                              :          <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF     :
EDUCATION,                                                       :
                                  Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 4, 2020, the Court issued an Order (Dkt. No. 7) directing, *inter alia*, that Plaintiff serve the Order on Defendant, and file proof of such service, by June 9, 2020;

      WHEREAS no such proof of service was filed.  It is hereby

      **ORDERED** that Plaintiff shall file the proof of service by June 12, 2020, or file a status letter explaining why the Order was not served.

Dated: June 10, 2020
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**