UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
L.A., *individually and on behalf of R.H.*,          :
                              Plaintiff,   :
                                        :
              -against-                          :          20 Civ. 3416 (LGS)
                                        :
                                        :          <u>SECOND AMENDED ORDER</u>
NEW YORK CITY DEPARTMENT OF                :
EDUCATION,                                   :
                              Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed a Complaint on May 1, 2020 (Dkt. No. 1) bringing an action pursuant to the fee shifting provisions of the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1415(i)(3);

       WHEREAS, Defendant's deadline to answer the Complaint is July 27, 2020.  It is hereby

       **ORDERED** that by **August 5, 2020**, the parties shall file a joint letter indicating whether they consent to conduct all further proceedings before the Magistrate Judge, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.  If the parties do not consent, the joint letter shall indicate whether the parties would like a referral for settlement conference before the Magistrate Judge.  It is further

       **ORDERED** that if the parties do not consent to further proceedings or a settlement conference before the Magistrate Judge, the status letter shall include a proposed briefing schedule for Plaintiff's application for costs, expenses, attorneys' fees and prejudgment interest. It is further

       **ORDERED** that the Order at Dkt. No. 11 is VACATED.

Dated: July 15, 2020
       New York, New York

                                                                                LORNA G. SCHOFIELD
                                                                          UNITED STATES DISTRICT JUDGE