UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L.A. et al.,
                      Plaintiffs,

                      20 Civ. 3416 (LGS)
      -against-

                      ORDER
NEW YORK CITY DEPARTMENT OF
EDUCATION,
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to this Court's Order at Dkt. No. 17, the parties were directed to file a joint letter on September 4, 2020, pursuant to this Court's Orders at Dkt. Nos. 13 and 15, indicating whether they consent to conduct all further proceedings before the Magistrate Judge and whether the parties would like a referral for settlement conference before the Magistrate Judge and, if appropriate, proposing a briefing schedule for Plaintiff's application for costs, expenses, attorneys' fees and prejudgment interest;

      WHEREAS, no such letter was filed.  It is hereby

      **ORDERED** that, by **September 16, 2020**, the parties shall file a joint status letter pursuant to this Court's Order at Dkt. No. 17.

Dated: September 11, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE