```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
L.A.,                                                           :

                                                                :      ORDER
                        Plaintiff,
                                                                :      20 Civ. 3416 (GWG)
        -v.-
                                                                :

NEW YORK CITY DEPARTMENT OF                                     :
EDUCATION,
                                                                :

                        Defendant.                              :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties are directed to discuss with each other how they wish to proceed with this case. Following that discussion, the parties shall file a jointly-composed letter to the Court on or before October 2, 2020, containing a joint proposal or separate proposals. The Court notes that it would like to refer the case to the Court's mediation program unless the parties believe that would be fruitless. In the event that the parties wish to proceed without mediation, the Court assumes that discovery is unnecessary and that the next step will be to proceed to briefing. In such event, the parties should propose a schedule for briefing. If a party desires that the Court hold a conference, that party may so request it in the letter.

      SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge